IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MAURICIO FERREYROS,** | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) CA NO.: 1:24-cv-00021-KD-C |
| | ) |
| **COX OPERATING LLC, COX OIL** | ) |
| **OFFSHORE LLC, UNITED STATES** | ) |
| **OF AMERICA,** | ) |
|     **Defendants** | |

## **ORDER**

Considering the Un-Opposed Motion[1] to Transfer this case back to the United States District Court for the Eastern District of Louisiana.

IT IS ORDERED that the motion be GRANTED pursuant to 28 U.S.C. §1404(a), this action is transferred back to the United States District Court for the Eastern District of Louisiana.

Mobile, Alabama October _____, 2024.

 

                                                              KRISTI K. DUBOSE
                                          UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 37